# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRAMBILA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX GLASS INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-01872-DJC-AC<br>Assigned for all purposes to the<br>Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**

1

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Daniel Brambila's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  July 24, 2024          /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE